UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PRIORITY HEALTHCARE DISTRIBUTION,
INC. D/B/A CURASCRIPT SD SPECIALTY
DISTRIBUTION,                                    Civil Action No.

    Plaintiff,

        -against-                          RULE 7.1 STATEMENT

JEFFREY M. AMBINDER,

    Defendant
-----------------------------------------------------------X.



08 CIV. 7589

ROBINSON

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for **Priority Healthcare Distribution, Inc. d/b/a CuraScript SD Specialty Distribution** ("**PHD**")(a private non-governmental party) certifies that the following corporate parent and affiliate of **PHD**, is publicly held: **PHD** is related as described below to **Express Scripts, Inc.**, a publicly held Delaware corporation. **PHD** is a wholly owned subsidiary of Priority Healthcare Corporation (Indiana corporation) ("**PHC**"). PHC is a wholly owned subsidiary of CuraScript, Inc. (Delaware corporation). CuraScript, Inc. is a wholly owned subsidiary of **Express Scripts, Inc.** which trades on the NASDQ stock exchange under the symbol ESRX. **Express Scripts, Inc.**, is the only publicly held corporation which directly or indirectly owns 10% or more of the stock of **PHD**.

Dated: August 27, 2008

        HUSCH BLACKWELL SANDERS LLP

        By: _____
        Daniel P. Jaffe  #DJ3217
        dan.jaffe@huschblackwell.com
        190 Carondelet Plaza, Suite 600
        St. Louis, MO 63105
        (314) 480-1500
        (314) 480-1505 (fax)

        *Attorneys for Plaintiff Priority Healthcare Distribution, Inc.*